UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT KROPILAK and,            CASE NO: 8:12-cv-1816-T-17TGW
NICOLE L. COLLINS,

    Plaintiff,

vs.

21ST CENTURY SECURITY INSURANCE
COMPANY F/K/A NEW HAMPSHIRE
INDEMNITY COMPANY,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on the Defendant's Unopposed Motion for Confidentiality Order. Pursuant to Fed.R.Civ.P. 26(c)(1)(G), the parties shall abide by the protections and restrictions contained in this Order.

    1.    21st Century Security Insurance Company ("21st Century") may designate documents "Confidential."

    2.    Plaintiffs shall not distribute any document that 21st Century has designated and labeled "Confidential," including a copy, summary or description of information contained in any such designated document, to anyone except: (a) counsel representing a party in this action, including personnel working with or for the attorneys of a party and including any necessary paralegal, secretarial, and clerical personnel (including firms engaged in commercial photocopying, scanning of

documents or computerized presentations for hearings or trial); (b) persons retained by the parties as expert witnesses; (c) the parties; (d) the Court; (e) the jury at the trial of this case; (f) 21st Century's employees; (g) court reporters; and (h) such other persons as hereafter may be ordered by the Court or designated by written stipulation of the parties.

3. Before disclosure of confidential information to any person as permitted by the preceding paragraph (other than the Court and its employees, the jury, or 21st Century's employees and attorneys), such person shall read a copy of this Order and sign it. Counsel for Plaintiffs shall maintain the original of all signed Orders, and shall furnish copies to counsel for 21st Century upon request. No confidential information shall be disclosed to any person who refuses or has failed to sign this Order. In the event any person who has signed the Order refuses to comply therewith or fails to adhere to the terms thereof, counsel for Plaintiffs shall make no further disclosure to such person and shall immediately notify counsel for 21st Century in writing.

4. Unless otherwise ordered by the Court, Plaintiffs and the aforementioned individuals shall not use any such designated document, including a copy, summary or description of information contained in any such designated document, except in connection with this litigation.

5. When 21st Century produces the designated documents, they will be photocopies with an indication that they were produced in this case and are confidential.

6. At the end of this case, Plaintiffs shall collect all such designated documents, as well as any copies thereof, and return them to counsel for 21st Century.

DONE AND ORDERED in Chambers at Tampa, Hillsborough County, Florida this 25th day of SEPTEMBER, 2012.

Elizabeth A. Kovachevich
United States District Judge

Copies Furnished:
All Counsel of Record