UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT KROPILAK and
NICOLE L. COLLINS

v.  :  CASE No. 8:12-CV-1816-T-17TGW

21st CENTURY SECURITY
INS. CO., etc.

## ORDER

THIS CAUSE came on for consideration upon the plaintiff's Motion to Compel (Doc. 21) documents that the defendant withheld on the basis of the work product privilege. As I stated at the hearing, I agree with the rulings in Boateng v. Geico Gen. Ins. Co., 2010 WL 9549252 (S.D. Fla); Trujillo v. USAA Cas. Ins. Co., 2012 WL 3516511 (S.D. Fla. ); and Baxley v. GEICO Gen. Ins. Co., 2010 WL 9549253 (N.D. Fla.). Thus, I agree that work product documents created in anticipation of a bad faith claim are not discoverable.

The plaintiffs argued at the hearing that the underlying claim file was not kept separate from the bad faith litigation file, and they speculated that representatives who analyzed the bad faith allegations may have influenced the handling of the underlying claim. However, an in camera review of the withheld

documents does not support the latter contention. In fact, one document indicates that a bad faith evaluator did not even have access to a pertinent portion of the underlying case file.

It is, therefore, upon consideration,

ORDERED:

That the plaintiff's Motion to Compel (Doc. 21) be, and the same is hereby, **DENIED**.

DONE and ORDERED at Tampa, Florida, this 2nd day of October, 2013.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE