**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ROBERT KROPILAK and
NICOLE L. COLLINS,

    Plaintiffs,

vs.                                   CASE NO. 8:12-CIV-1816-T-EAK-TGW

21st CENTURY SECURITY INSURANCE,
COMPANY F/K/A NEW HAMPSHIRE
INDEMNITY COMPANY,

    Defendant.
_____/

**ORDER GRANTING MOTIONS**

    This cause is before the Court on the following unopposed motions filed by the Defendant: 1: to exclude evidence or argument about the financial position of the parties (Doc. 79); 2) to preclude plaintiffs from making "Golden "Rule" arguments (Doc. 80); 3) to prohibit plaintiffs from arguing or presenting evidence about "Who Should Pay" (Doc. 85); and to prohibit public policy or "Send A Message" arguments (Doc. 89). Accordingly, it is

**ORDERED** that the unopposed motions filed by the Defendant: 1: to exclude evidence or argument about the financial position of the parties (Doc. 79); 2) to preclude plaintiffs from making "Golden "Rule" arguments (Doc. 80); 3) to prohibit plaintiffs from arguing or presenting evidence about "Who Should Pay" (Doc. 85); and to prohibit public policy or "Send A Message" arguments (Doc. 89). be **granted**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 26th day of June, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record