**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ROBERT KROPILAK and
NICOLE L. COLLINS,

    Plaintiffs,

vs.                              CASE NO. 8:12-CIV-1816-T-EAK-TGW

21st CENTURY SECURITY INSURANCE,
COMPANY F/K/A NEW HAMPSHIRE
INDEMNITY COMPANY,

    Defendant.
_____/

**ORDER DENYING MOTION**

This cause is before the Court on the defendant's motion for reconsideration or clarification (Doc. 110) and response thereto (Doc. 112). The Court has reviewed the filings and finds the response to the motion persuasive. The Court finds no need to reconsider the previous ruling on motion for summary judgment. Accordingly, it is

**ORDERED** that the motion for reconsideration or clarification (Doc. 110) be denied.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 14th day of July, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record