**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ROBERT KROPILAK and,
NICOLE L. COLLINS,

    Plaintiffs,

v.                                                            CASE NO. 8:12-CV-1816-T-17TGW

21ST CENTURY SECURITY INSURANCE
COMPANY F/K/A NEW HAMPSHIRE
INDEMNITY COMPANY,

    Defendant.
_____/

## ORDER

    This matter comes before the Court pursuant to Defendant's, 21ST CENTURY SECURITY INSURANCE COMPANY F/K/A NEW HAMPSHIRE INDEMNITY COMPANY ("21st Century"), Motion in Limine to Exclude Argument or Evidence Regarding "AIG", (Doc. # 81), filed May 12, 2014, and Plaintiffs', ROBERT KROPILAK and NICOLE L. COLLINS, Response in Opposition, (Doc. # 94), filed May 27, 2014. For the reasons that follow, 21st Century's motion is granted in part.

    21st Century seeks to: (1) exclude Plaintiffs from making any reference to 21st Century's predecessor AIG; (2) redact the mention of AIG from any evidence or exhibits; and (3) preclude Plaintiffs from introducing evidence or making argument concerning AIG's bankruptcy or bailout. Plaintiffs concede there will be no mention of the bankruptcy or bailout, nor will Plaintiffs refer to the Defendant as AIG unless referencing a specific piece of evidence that refers to the company as AIG, but contend the redaction and complete removal of any reference to AIG is overly burdensome and would result in great

confusion to the jury due to the constant reference to AIG in correspondence, documents, and training manuals.

The Court agrees with Plaintiffs—the complete redaction and evisceration of AIG from this trial is both logistically and practically impossible, and would only further lead to confusion of the issues.  As Plaintiffs represent, the training manuals, correspondences, insurance policy, date stamps, and other associated documents contain multiple and numerous references to AIG, and Plaintiffs have represented to this Court the references to AIG will occur only when necessary, and will not become a feature of this trial.  Plaintiffs concede the bailout and bankruptcy of AIG is inadmissible.

Accordingly, it is **ORDERED** that:

(1) Defendant's, 21st Century Security Insurance Company f/k/a New Hampshire Indemnity Company, Motion in Limine with respect to excluding Plaintiffs from making reference to AIG is **DENIED**;

(2) Defendant's Motion in Limine with respect to redacting any mention of AIG in evidence or exhibits is **DENIED**; and

(3) Defendant's Motion in Limine with respect to precluding mention of AIG's bankruptcy or bailout is **GRANTED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 18th day of July, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:    All Counsel and Parties of Record