**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERT KROPILAK and,
NICOLE L. COLLINS,

    Plaintiffs,

v.                                  CASE NO. 8:12-CV-1816-T-17TGW

21ST CENTURY SECURITY INSURANCE
COMPANY F/K/A NEW HAMPSHIRE
INDEMNITY COMPANY,

    Defendant.
_____/

## ORDER

This matter comes before the Court pursuant to Defendant's, 21ST CENTURY SECURITY INSURANCE COMPANY F/K/A NEW HAMPSHIRE INDEMNITY COMPANY ("21st Century"), Motion in Limine to Exclude Evidence or Argument Regarding the "Reserves" Set by 21st Century, (Doc. # 83), filed May 12, 2014.  Plaintiffs have not responded.  For the reasons that follow, 21st Century's motion is granted.

21st Century seeks to exclude any evidence or argument regarding the amount of reserves set in the underlying tort claim.  Defendant argues the amount of reserves is irrelevant as to whether 21st Century acted in bad faith, and are simply an allocation of dollars required by Florida law to pay policy obligations.  Defendant goes on to cite the Florida Statutes requiring the reserves, as well as Florida and Federal law stressing the "tenuous link between reserves and actual liability." Fidelity and Deposit Company of Maryland v. McCulloch, 168 F.R.D. 516 (E.D. Pa. 1996); see also Heights at Issaquah Ridge Owners Ass'n v. Steadfast Insurance Co., 2007 WL 4410260 (W.D. Wash. 2007).

2

The Court notes Plaintiffs have not responded to Defendant's Motion as required under Local Rule 3.01(b). Further, the Court finds no relevant basis for which the reserves could serve at trial, and that any mention or evidence of reserves would confuse the issues and create a danger of unfair prejudice that would substantially outweigh any potential relevance. Accordingly, it is

**ORDERED** that Defendant's, 21st Century Security Insurance Company f/k/a New Hampshire Indemnity Company, Motion in Limine is **GRANTED**, and Plaintiffs are precluded from entering any evidence or making any reference to the amount of reserves in this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>18th</u> day of July, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:   All Counsel and Parties of Record