**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERT KROPILAK and,
NICOLE L. COLLINS,

    Plaintiffs,

v.                                                                       CASE NO. 8:12-CV-1816-T-17TGW

21ST CENTURY SECURITY INSURANCE
COMPANY F/K/A NEW HAMPSHIRE
INDEMNITY COMPANY,

    Defendant.
_____/

## ORDER

This matter comes before the Court pursuant to Plaintiffs', ROBERT KROPILAK and NICOLE L. COLLINS, Motion in Limine to Exclude Joint Stipulation and Agreement from the Trial of This Matter, (Doc. # 87), filed May 12, 2014, Defendant's, 21ST CENTURY SECURITY INSURANCE COMPANY F/K/A NEW HAMPSHIRE INDEMNITY COMPANY ("21st Century"), Memorandum in Opposition, (Doc. # 97), filed May 27, 2014, Defendant's Notice of Supplemental Authority, (Doc. # 126), filed July 18, 2014, and Plaintiff's Reply, (Doc. # 127), filed July 19, 2014.  For the reasons that follow, the Plaintiffs' motion is denied.

Plaintiffs seek to exclude, on the basis of irrelevancy and unfair prejudice, the Joint Stipulation between Nicole Collins and Robert Kropilak.  Plaintiffs argue this agreement bears no relevance on the issue of whether 21st Century acted in bad faith, and would unfairly prejudice Plaintiffs at trial.  Defendant opposes these contentions, and argues this agreement is relevant to judge bias, interest, motives, and the totality of circumstances.

2

The Court finds the agreement is relevant to judge the bias and motives of the Plaintiffs settlement, and is important for the jury to judge based on a totality of the circumstances. While the jury's primary determination in this trial is whether 21st Century acted in bad faith, judging the bias and motives of all actors in this case is an equally important function the jury must undertake.

Accordingly, it is **ORDERED** that Plaintiffs' Motion in Limine to Exclude Joint Stipulation and Agreement from the Trial of This Matter is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 21st day of July, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:   All Counsel and Parties of Record