**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERT KROPILAK, et al.,

    Plaintiffs,

vs.                                      CASE NO. 8:12-CIV-1816-T-EAK-TGW

21ST CENTURY SECURITY INSUANCE
COMPANY, etc.,

    Defendant.
_____/

**ORDER FOR ENTRY OF BILL OF COSTS**

       This cause is before the Court on a pending proposed bill of costs (Doc. 164) which was filed by the Defendant after trial of this case. The Plaintiff, Nicole L. Collins, filed a response to the motion (Doc. 167) asking the Court to refuse to tax costs due to her being "financially incapable of satisfying such and award." The Defendant filed a response to request the Court to direct entry of the bill of costs (Doc. 169).

       In support of the objection to awarding costs, Ms. Collins filed her affidavit wherein she states she is financially unable to pay the costs, making bare allegations unsupported by any evidence. The Court finds the Defendant's response well-taken. There is no documentation to support these bare allegations *Rivera v City of Chicago,* 469 F.3d 631 (7th Cir 2006). Having reviewed the objections and the response thereto, the Court finds that the objections are not persuasive. Accordingly, it is

**ORDERED** that the objections to the proposed bill of costs are overruled and the Clerk of Court is **directed** to enter the bill of costs found at document 164.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 20th day of May, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties
and counsel of record